IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-07-00350-CV

 

In re
GKG.NET, Inc d/b/a Global Knowledge Group

 

 



Original Proceeding

 

 



MEMORANDUM  Opinion



 

Because the administrative rules attached to the petition for writ
of mandamus state 

 

that “In [the] event of unresolved conflict between two judges,
the issue will be decided 

 

by the Local Administrative Judge or the Regional Presiding Judge”
and there is no 

 

indication that the petitioner has attempted to have the conflict
resolved by the 

 

Regional Presiding Judge of the Second Administrative Judicial
Region, the Petition for

 

Writ of Mandamus is DENIED.  The motion for emergency relief is
dismissed as moot.

 

 

                                                                                    TOM GRAY

                                                                                    Chief
Justice

 

 

 

 

 

Before
Chief Justice Gray,

             Justice
Vance, and

             Justice
Reyna

Petition
denied

Opinion
delivered and filed November 12, 2007

Do
not publish

OT06